Case 4:22-cr-10023-DPG   Document 1   Entered on FLSD Docket 12/15/2022   Page 1 of 4

FILED by \_\_MM\_\_ D.C.

Dec 15, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-10023-CR-GAYLES/SNOW**

CASE NO. _____

16 U.S.C. § 1538(a)(1)(B)
16 U.S.C. § 1540(b)(1)

UNITED STATES OF AMERICA

v.

WENDY C. KILHEFFER,

Defendant.

_____/

### INFORMATION

The United States Attorney charges that:

### COUNT 1
**Taking an Endangered Species**
**(16 U.S.C. §§ 1538(a)(1)(B), 1540(b)(1))**

On or about November 16, 2022, at Big Pine Key, Monroe County, in the Southern District of Florida, the defendant,

**WENDY C. KILHEFFER,**

did knowingly and unlawfully take a Key deer (*Odocoileus virginianus clavium*), an endangered species listed pursuant to the Endangered Species Act, by shooting, harming, and killing said Key deer, in violation of Title 50, Code of Federal

Regulations, Section 17.21(c)(1) and Title 16, United States code, Sections 1538(a)(1)(B) and 1540(b)(1) and Title 18, United States Code, Section 2.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Thomas A. Watts-FitzGerald
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                CASE NO.:

v.

                                         **CERTIFICATE OF TRIAL ATTORNEY***

WENDY C. KILHEFFER              /        **Superseding Case Information:**
                Defendant.
**Court Division** (select one)          New Defendant(s) (Yes or No)
   ☐ Miami      ☑ Key West    ☐ FTP      Number of New Defendants
   ☐ FTL        ☐ WPB                    Total number of New Counts

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)
   I   ☑ 0 to  5 days                    ☐ Petty
   II  ☐ 6 to 10 days                    ☐ Minor
   III ☐ 11 to 20 days                   ☑ Misdemeanor
   IV  ☐ 21 to 60 days                   ☐ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____    Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____    Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Thomas Watts-FitzGerald
Assistant United States Attorney
FLA Bar No.    0273538

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Wendy C. Kilheffer

**Case No:** _____

Count(s) #: 1

Illegal Take of Endangered Species

Title 16, United States Code, Section 1538 (a)(1)(C), 1540(b)(1)
* Max. Term of Imprisonment: 1 Year Imprisonment
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 1 Year
* Max. Fine: Greater of $100,000 or twice the pecuniary gain/loss

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.